**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | Chapter 7 |
| | ) | |
| **BRUCE BARRY,** | ) | No. 09-44460 |
| | ) | |
| **Debtor.** | ) | Hon. Eugene R. Wedoff |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 744
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on January 4, 2012 at 10:00 a.m., before the Honorable Jack Schmetterer, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604.

Date Mailed: _____         By: /s/ David R. Herzog_____
                                              Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-44460-ERW
Bruce M Barry                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: arodarte         Page 1 of 3         Date Rcvd: Nov 29, 2011
                            Form ID: pdf006        Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2011.
```
db          +Bruce M Barry,    1303 N. Pima Lane,    Mount Prospect, IL 60056-1845
14762176     AAMCO Transmissions, Inc.,    PO Box 964,    Horsham, PA 19044-0964
14762177     ADT Security Services, Inc.,    PO Box 371967,    Pittsburgh, PA 15250-7967
14762182    +AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
14762178     Advance Auto Parts,    PO Box 5219,    Carol Stream, IL 60197-5219
14762179    +Alldata,    9650 W Taron Drive,    Suite 100,    Elk Grove, CA 95757-8197
14762180     Aramark Uniform Services,    4200 S Halsted St,    Chicago, IL 60609-2635
14762181    #+Arrow Uniform,    420 W Wrightwood,    Elmhurst, IL 60126-1016
14762183    +Aurora Tri State Fire Protection Co,    1080 Corporate Blvd.,    Aurora, IL 60502-9178
14762184     Auto-Wares Group of Companies,    Auto ValueBumper to Bumper,    Grand Rapids, MI 49507
14762186    +Campbell's Towing & Recovery,    1348 S Hannah,    Forest Park, IL 60130-2904
15101911    +Capital Recovery III LLC Assignee of Citibank,    Sears Gold Mastercard,
              Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14762188     Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
14762189     Carquest Auto Parts Stores,    PO Box 503629,    Saint Louis, MO 63150-3628
14762190    +Chaamco Service Corporation,    35 East Wacker Drive,    14th Floor,    Chicago, IL 60601-2314
14762191    +Chase,    Home Equity Loan Servicing,    PO Box 24714,    Columbus, OH 43224-0714
15132961     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14762192     Chase Card Services,    c/o Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
14762193    #+Cicero Auto Parts,    5721 W 16th St,    Cicero, IL 60804-1706
14762195    +Flood Brothers,    17 W 697 Butterfield Rd,    Suite E,    Oak Brook Terrace, IL 60181-4042
14762196    +Fox Auto Trans, Inc.,    2606 Harrison Street,    Evanston, IL 60201-1326
14762197     Heritage-Crystal Clean LLC,    13621 Collections Center Dr,    Chicago, IL 60693-0136
14762199    +Interstate Battery System,    PO Box 297,    Wood Dale, IL 60191-0297
14762200    +Kenneth Fox,    2606 Harrison Street,    Evanston, IL 60201-1326
14762201    +Marjorie G. Mintz,    Norman H. Padnos,    Revocable Trust dated 8/10/98,    2739 Karen Lane,
              Glenview, IL 60025-4658
14762202    +Marjorie G. Mintz, Trustee,    Revocable Trust dated 8/10/98,    2157 N. Cicero,
              Chicago, IL 60639-3349
14762203    +Maverick Auto Parts,    2801 N Central Ave,    Chicago, IL 60634-5307
14762204    +Midco Lubricants,    5112 - 28th Avenue,    Rockford, IL 61109-1721
14762205     Morton S Winer, CPA,    9933 N Lawler Ave,    Skokie, IL 60077-3703
14762206    +My Angel, Inc.,    d/b/a Aamco Transmissions - Skokie,    8241 Skokie Blvd.,
              Skokie, IL 60077-2544
14762207    +Napa Auto Parts,    2424 Dempster St,    Evanston, IL 60202-1019
14762208    +National Creative Program,    201 Gibraltar Rd,    Horsham, PA 19044-2329
14762210    +Norman B. Padnos,    2739 Karen Lane,    Glenview, IL 60025-4658
14762211    +Ridgeway Keeney Corp.,    7721 N. Kostner Avenue,    Skokie, IL 60076-3619
14762213    +S&S Industrial Supply,    740 N. Larch Avenue,    Elmhurst, IL 60126-1522
15106832    +Sanford Mintz,    c/o Norman B. Padnos,    2739 Karen Lane,    Glenview, IL 60025-4658
14762214    +Sanford Mintz,    221 E. Walton Place,    Apt. 4B,    Chicago, IL 60611-1569
14762215    +The Welding Center, Inc,    7400 S Central Ave,    Bedford Park, IL 60638-6516
14762216    +Todd Mintz,    PO Box 64-418,    Chicago, IL 60664-0418
14762217    +Torque Converters,    4501 W North Ave,    Melrose Park, IL 60160-1026
14762218    +Transtar Industries, Inc,    7350 Young Drive,    Bedford, OH 44146-5390
14762219    +Tray Maintenance Systems Inc,    2625 Indiana Ave,    Lansing, IL 60438-2140
14762220    +Veolia Environmental Services,    2800 Shermer Road,    Northbrook, IL 60062-7711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14762187     E-mail/PDF: rmscedi@recoverycorp.com Nov 30 2011 04:55:19      Capital One,
              c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14762209    +E-mail/Text: bankrup@nicor.com Nov 30 2011 03:11:00      Nicor Gas,    P.O. Box 2020,
              Aurora, IL 60507-2020
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14762212     S&S Industrial Supply,    740 N. Larch Avenue,    IL 60125
14762185   ##+BR-AD Family Enterprises, Inc.,    d/b/a AAMCO Transmissions,    311 Madison St,
              Oak Park, IL 60302-4109
14762194   ##Employers,    PO Box 1510,    Brookfield, WI 53008-1510
14762198   ##Indiana Insurance Company,    PO Box 7906,    Loveland, OH 45140-7906
                                                                                   TOTALS: 1, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

Certificate of Notice    Page 3 of 4

```
District/off: 0752-1          User: arodarte              Page 2 of 3              Date Rcvd: Nov 29, 2011
                              Form ID: pdf006             Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 01, 2011**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: arodarte              Page 3 of 3                   Date Rcvd: Nov 29, 2011
                              Form ID: pdf006             Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2011 at the address(es) listed below:

```
          David R Herzog    drhlaw@mindspring.com,
           herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
          David R Herzog    on behalf of Plaintiff David Herzog drhlaw@mindspring.com,
           herzogschwartz@gmail.com
          John W Guzzardo    on behalf of Creditor Marjorie Mintz jguzzardo@shawgussis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert R Benjamin    on behalf of Debtor Bruce Barry rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om
                                                                                             TOTAL: 5
```