**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-44460-EW |
| | § | |
| BRUCE M BARRY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $144,317.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $10,017.42 | Claims Discharged Without Payment: | $583,006.00 |
| Total Expenses of Administration: | $47,505.74 | | |

3) Total gross receipts of $57,523.16 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $57,523.16 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $6,646.02 | $6,646.02 | $6,646.02 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $40,859.72 | $40,859.72 | $40,859.72 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $593,023.42 | $593,023.42 | $10,017.42 |
| **Total Disbursements** | NA | $640,529.16 | $640,529.16 | $57,523.16 |

4). This case was originally filed under chapter 7 on 11/23/2009. The case was pending for -1318 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/26/2012     By:  /s/ David R. Herzog
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Single family frame 1303 N. Pima Lane, Mount Pro | 1110-000 | $45,000.00 |
| Interest in Aamco Transmission franchise | 1229-000 | $12,500.00 |
| Interest Earned | 1270-000 | $23.16 |
| **TOTAL GROSS RECEIPTS** | | **$57,523.16** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID HERZOG, Trustee | 2100-000 | NA | $6,126.13 | $6,126.13 | $6,126.13 |
| International Sureties | 2300-000 | NA | $48.95 | $48.95 | $48.95 |
| Bank of Texas | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| The Bank of New York Mellon | 2600-000 | NA | $470.94 | $470.94 | $470.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,646.02 | $6,646.02 | $6,646.02 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marjorie G. Mintz Revocable Trust, Other Prior Chapter Administrative | 6990-000 | NA | $40,859.72 | $40,859.72 | $40,859.72 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $40,859.72 | $40,859.72 | $40,859.72 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery III LLC Assignee of Citibank | 7100-000 | NA | $326.44 | $326.44 | $5.51 |
| 2 | Sanford Mintz | 7100-000 | NA | $290,451.95 | $290,451.95 | $4,906.35 |
| 3 | Chase Bank USA, N.A. | 7100-000 | NA | $5,247.13 | $5,247.13 | $88.64 |
| 4 | Flood Brothers | 7100-000 | NA | $426.71 | $426.71 | $7.21 |
| 5 | Fox Auto Trans, Inc. | 7100-000 | NA | $45,764.00 | $45,764.00 | $773.05 |
| 6 | Marjorie G. Mintz | 7100-000 | NA | $85,207.88 | $85,207.88 | $1,439.34 |
| 7 | AAMCO Transmissions, Inc. | 7100-000 | NA | $165,599.31 | $165,599.31 | $2,797.32 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $593,023.42 | $593,023.42 | $10,017.42 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 09-44460-EW | | Trustee Name: | David R. Herzog |
| Case Name: | BARRY, BRUCE M | | Date Filed (f) or Converted (c): | 11/23/2009 (f) |
| For the Period Ending: | 12/26/2012 | | §341(a) Meeting Date: | 01/07/2010 |
| | | | Claims Bar Date: | 04/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single family frame 1303 N. Pima Lane, Mount Pro | $200,000.00 | $45,000.00 | | $45,000.00 | FA |
| Asset Notes: | Sale of right, title, and interest  Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | 7 lots, Corson County, SD | $350.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | Chase checking (...5719) | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | checking (...2718) | $50.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | money market | $50.00 | $0.00 | | $0.00 | $50.00 |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | savings | $250.00 | $0.00 | | $0.00 | $250.00 |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 | Household goods and furnishings | $2,500.00 | $0.00 | | $0.00 | $2,500.00 |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 | Wearing apparel | $250.00 | $0.00 | | $0.00 | $250.00 |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9 | Prudential $200,000 whole life | $24,788.00 | $0.00 | | $0.00 | $24,788.00 |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10 | Vanguard 401(k) | $115,827.00 | $0.00 | | $0.00 | $115,827.00 |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11 | 100% BR-AD Family Enterprises, Inc. | $1.00 | $0.00 | | $0.00 | $1.00 |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12 | 100% My Angels, Inc. | $1.00 | $0.00 | | $0.00 | $1.00 |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 2005 Buick Rainier | $10,850.00 | $0.00 | | $0.00 | $0.00 |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14 | 2001 Buick Century | $2,475.00 | $0.00 | | $0.00 | $0.00 |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15 | 1964 Buick Rivera | $500.00 | $500.00 | | $0.00 | $500.00 |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16 | Interest in Aamco Transmission franchise (u) | $0.00 | $0.00 | | $12,500.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $23.16 | Unknown |

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $358,142.00 | $45,500.00 | | $57,523.16 | $144,167.00 |

**Major Activities affecting case closing:**
Claim objection pending.

# FORM 1

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |   | | |
|---|---|---|---|---|
| **Case No.:** | 09-44460-EW | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | BARRY, BRUCE M | | **Date Filed (f) or Converted (c):** | 11/23/2009 (f) |
| **For the Period Ending:** | 12/26/2012 | | **§341(a) Meeting Date:** | 01/07/2010 |
| | | | **Claims Bar Date:** | 04/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 03/31/2011      /s/ DAVID R. HERZOG
**Current Projected Date Of Final Report (TFR):** 03/31/2011      DAVID R. HERZOG

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-44460-EW | **Trustee Name:** David R. Herzog |
| **Case Name:** | BARRY, BRUCE M | **Bank Name:** The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******6785 | **Money Market Acct #:** ******7065 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 11/23/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/26/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/20/2010 | (16) | Aamco Transmissions | Purchase of property pursuant to Order dated 3/30/10 | 1229-000 | $12,500.00 | | $12,500.00 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.23 | | $12,500.23 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.75 | | $12,500.98 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.72 | | $12,501.70 |
| 07/08/2010 | (1) | Bruce M. Barry | Proceeds from sale of trustee's interest per Order dated 7-7-10 | 1110-000 | $45,000.00 | | $57,501.70 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $2.73 | | $57,504.43 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $3.41 | | $57,507.84 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.41 | | $57,509.25 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.46 | | $57,510.71 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.41 | | $57,512.12 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.46 | | $57,513.58 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.46 | | $57,515.04 |
| 02/14/2011 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #09-44460 | 2300-000 | | $48.95 | $57,466.09 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.32 | | $57,467.41 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.46 | | $57,468.87 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.41 | | $57,470.28 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.46 | | $57,471.74 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.47 | | $57,472.21 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.48 | | $57,472.69 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $110.22 | $57,362.47 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.48 | | $57,362.95 |
| | | | **SUBTOTALS** | | $57,522.12 | $159.17 | |

Case 09-44460 Doc 47 Filed 01/15/13 Entered 01/15/13 15:04:35 Desc Main Document Page 8 of 10

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 09-44460-EW | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | BARRY, BRUCE M | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******6785 | | **Money Market Acct #:** | ******7065 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 11/23/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/26/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $133.61 | $57,229.34 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($3.94) | $57,233.28 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.47 | | $57,233.75 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $117.60 | $57,116.15 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.48 | | $57,116.63 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $113.45 | $57,003.18 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $0.09 | | $57,003.27 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $57,003.27 | $0.00 |
| | | | **TOTALS:** | | $57,523.16 | $57,523.16 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $57,003.27 | |
| | | | **Subtotal** | | $57,523.16 | $519.89 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $57,523.16 | $519.89 | |

| **For the period of 11/23/2009 to 12/26/2012** | | **For the entire history of the account between 04/20/2010 to 12/26/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $57,523.16 | Total Compensable Receipts: | $57,523.16 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $57,523.16 | Total Comp/Non Comp Receipts: | $57,523.16 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $519.89 | Total Compensable Disbursements: | $519.89 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $519.89 | Total Comp/Non Comp Disbursements: | $519.89 |
| Total Internal/Transfer Disbursements: | $57,003.27 | Total Internal/Transfer Disbursements: | $57,003.27 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

Exhibit 9

Case 09-44460  Doc 47  Filed 01/15/13  Entered 01/15/13 15:04:35  Desc Main
Document      Page 9 of 10

| **Case No.** | 09-44460-EW | | **Trustee Name:** | David R. Herzog |
|---|---|---|---|---|
| **Case Name:** | BARRY, BRUCE M | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | ******6785 | | **Checking Acct #:** | ******0156 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 11/23/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/26/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $57,003.27 | | $57,003.27 |
| 01/04/2012 | 5001 | DAVID HERZOG | Trustee Compensation | 2100-000 | | $6,126.13 | $50,877.14 |
| 01/04/2012 | 5002 | Marjorie G. Mintz Revocable Trust | Distribution Dividend: 100.00; Account Number: ; | 6990-000 | | $40,859.72 | $10,017.42 |
| 01/04/2012 | 5003 | Capital Recovery III LLC Assignee of Citibank | Distribution Dividend: 1.69; Account Number: ; | 7100-000 | | $5.51 | $10,011.91 |
| 01/04/2012 | 5004 | Sanford Mintz | Distribution Dividend: 1.69; Account Number: ; | 7100-000 | | $4,906.35 | $5,105.56 |
| 01/04/2012 | 5005 | Chase Bank USA, N.A. | Distribution Dividend: 1.69; Account Number: ; | 7100-000 | | $88.64 | $5,016.92 |
| 01/04/2012 | 5006 | Flood Brothers | Distribution Dividend: 1.69; Account Number: ; | 7100-000 | | $7.21 | $5,009.71 |
| 01/04/2012 | 5007 | Fox Auto Trans, Inc. | Distribution Dividend: 1.69; Account Number: ; | 7100-000 | | $773.05 | $4,236.66 |
| 01/04/2012 | 5008 | Marjorie G. Mintz | Distribution Dividend: 1.69; Account Number: ; | 7100-000 | | $1,439.34 | $2,797.32 |
| 01/04/2012 | 5009 | AAMCO Transmissions, Inc. | Distribution Dividend: 1.69; Account Number: ; | 7100-000 | | $2,797.32 | $0.00 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $91.99 | ($91.99) |
| 01/18/2012 | | Bank of Texas | Reverse bank service fee | 2600-000 | | ($91.99) | $0.00 |
| 02/01/2012 | 5007 | STOP PAYMENT: Fox Auto Trans, Inc. | Distribution Dividend: 1.69; Account Number: ; | 7100-004 | | ($773.05) | $773.05 |
| 02/01/2012 | 5010 | Kennneth Fox c/o Fox Auto Trans, Inc. | | 7100-000 | | $773.05 | $0.00 |
| | | | **TOTALS:** | | $57,003.27 | $57,003.27 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $57,003.27 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $57,003.27 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $57,003.27 | |

| **For the period of 11/23/2009 to 12/26/2012** | | **For the entire history of the account between 11/07/2011 to 12/26/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $57,003.27 | Total Internal/Transfer Receipts: | $57,003.27 |
| | | | |
| Total Compensable Disbursements: | $57,003.27 | Total Compensable Disbursements: | $57,003.27 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $57,003.27 | Total Comp/Non Comp Disbursements: | $57,003.27 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4
Case 09-44460  Doc 47  Filed 01/15/13  Entered 01/15/13 15:04:35  Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document     Page 10 of 10
Exhibit 9

| Case No. | 09-44460-EW | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | BARRY, BRUCE M | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******6785 | | Checking Acct #: | ******0156 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/23/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/26/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $57,523.16 | $57,523.16 | $0.00 |

**For the period of 11/23/2009 to 12/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $57,523.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $57,523.16 |
| Total Internal/Transfer Receipts: | $57,003.27 |
| | |
| Total Compensable Disbursements: | $57,523.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $57,523.16 |
| Total Internal/Transfer Disbursements: | $57,003.27 |

**For the entire history of the case between 11/23/2009 to 12/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $57,523.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $57,523.16 |
| Total Internal/Transfer Receipts: | $57,003.27 |
| | |
| Total Compensable Disbursements: | $57,523.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $57,523.16 |
| Total Internal/Transfer Disbursements: | $57,003.27 |